BRYAN SCHRODER
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Aunnie.Steward@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. |
| ) | |
| Plaintiff,  ) | COUNT 1: |
| ) | FALSE STATEMENT |
| vs.  ) | Vio. of 18 U.S.C. § 1001 |
| ) | |
| TIMOTHY CARROLL SMITH,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

I N F O R M A T I O N

The United States Attorney charges that:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1.      The Association of Civilian Technicians (ACT) Chapter 84 at Joint Base Elmendorf-Richardson in Anchorage, Alaska, was a labor organization required to file an annual financial disclosure report, Form LM-3, with the Department of Labor and Management Standards for each fiscal year.

2.      The defendant, Timothy Carrol Smith, was the secretary-treasurer from 2007 to 2012, for Alaska Chapter 84, and from 2012 to October 2015, Smith was the president of ACT Chapter 84.

3.      Smith was responsible for filing the Form LM-3 for the fiscal years ending in 2011 through 2014 for ACT Chapter 84.

4.      The Form LM-3 required the disclosure of disbursements of the labor organization's funds.

5.      Smith embezzled approximately $80,000 of ACT Chapter 84 funds for his personal use from 2011 to 2014.

6.      Smith concealed his embezzlement by falsely under-reporting the disbursements of ACT Chapter 84 funds to himself as follows:

| Fiscal Year/ Date LM3 Report Filed | Amount Reported by Smith on Form LM3 as Disbursed to Smith | Approximate Amount Actually Disbursed to Smith |
|---|---|---|
| 2011 / February 22, 2012 | $1,316 | $24,000 |
| 2012 / February 20, 2013 | $1,800 | $20,000 |
| 2013 / February 20, 2014 | $0 | $21,000 |
| 2014 / February 25, 2015 | $2,674 | $16,000 |

## COUNT 1

7.  Paragraphs 1-6 of this Information are incorporated here by reference.

8.  On or about February 25, 2015, the defendant Timothy Carroll Smith, in the District of Alaska, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely filing an LM-3 Form for financial disclosures to the Department of Labor and Management Standards that indicated only $2,674 in ACT Chapter 84 funds had been disbursed to him. This representation was false because, as Smith knew, he had disbursed over $16,000 of ACT Chapter 84 funds to himself for his personal use.

All of which is in violation of Title 18, United States Code, Section 1001.

RESPECTFULLY submitted this \_\_\_\_ day of February 2018, at Anchorage, Alaska.

BRYAN SCHRODER<br>
United States Attorney<br>
<br>
s/ Andrea Steward<br>
ANDREA T. STEWARD<br>
United States of America<br>
Assistant U.S. Attorney